Michael J. Reed  SBN 122324
Attorney at Law
60 CreekTree Lane
Alamo, California 94507
Telephone: (925) 743-8353

Attorney for: Plaintiff, HAZAR GABRIEL

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZAR GABRIEL<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS and DOES 1-50,<br><br>Defendants. | Case No. C06 1809 WHA<br><br>STIPULATION AND ORDER FOR REMAND OF ACTION BACK TO SAN FRANCISCO SUPERIOR COURT AND LEAVE TO FILE FIRST AMENDED COMPLAINT AFTER REMAND OF ACTION BACK TO SAN FRANCISCO SUPERIOR COURT |

IT IS HEREBY STIPULATED by and between plaintiff and defendant in the above-entitled action, through their respective counsel, that the matter be remanded back to the San Francisco Superior Court.

IT IS HEREBY FURTHER STIPULATED by and between plaintiff and defendant in the above-entitled action, through their respective counsel, that after the matter has been remanded back to the San Francisco Superior Court plaintiff shall be permitted to file the attached First Amended Complaint in the San Francisco Superior Court.

Dated: 5/4/06

Attorney For Plaintiff

Dated: 5/1/06.

Attorney For Defendant

STIPULATION AND ORDER FOR REMAND OF ACTION BACK TO SAN FRANCISCO SUPERIOR COURT AND LEAVE TO FILE FIRST AMENDED COMPLAINT AFTER REMAND OF ACTION BACK TO SAN FRANCISCO SUPERIOR COURT

-1-

**ORDER**

**It is so ordered.**

Dated: _____

                                                    _____
                                                    Judge of the United States District
                                                    Court For The Northern District of California

                                                    5-9-06

(D218.003)

STIPULATION AND ORDER FOR REMAND OF ACTION BACK TO SAN FRANCISCO SUPERIOR COURT AND LEAVE TO FILE FIRST AMENDED COMPLAINT AFTER REMAND OF ACTION BACK TO SAN FRANCISCO SUPERIOR COURT